No. 85–1470. COMMUNITY NUTRITION INSTITUTE ET AL. *v.* YOUNG, COMMISSIONER OF FOOD AND DRUG ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–1473. EDWARDS *v.* GOLDBERG ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1474. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1475. KALIN ET AL. *v.* CASILLAS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 85–1478. BOYCE *v.* RIDGELY ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF BOYCE. Ct. Sp. App. Md. Certiorari denied.

No. 85–1484. OWEN STEEL CO., INC., ET AL. *v.* SOUTH CAROLINA TAX COMMISSION ET AL. Sup. Ct. S. C. Certiorari denied.

No. 85–1489. HILGEFORD ET AL. *v.* PEOPLES BANK, PORTLAND, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 85–1497. FLYNN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 85–1531. GUMZ *v.* MORRISSETTE ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–1532. FLEMING *v.* MOORE. C. A. 4th Cir. Certiorari denied.

No. 85–1534. BOLDEN *v.* UNITED STATES; and
No. 85–1562. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 777 F. 2d 644.

No. 85–1552. MOSHER *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1557. GREENSPAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.